IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION AT COLUMBUS

MELANIE A. OGLE,

        Petitioner,       :     Case No. 2:15-cv-776

  - vs -                      Chief Judge Edmund A. Sargus, Jr.
                              Magistrate Judge Michael R. Merz

GARY C. MOHR, DIRECTOR,
  Ohio Department of Rehabilitation
  And Correction,

                               :
        Respondent.

## ORDER DENYING MOTION TO CORRECT THE RECORD WITHOUT PREJUDICE

This habeas corpus action is before the Court on Petitioner's Motion to Correct the Record and to Reconsider and Accept Filing of Petitioner's Objections . . .(ECF No. 93). Petitioner asks the Court to reconsider its action striking her Objections because they were filed March 28, 2017, a day after the deadline for such objections, without an extension of time.

In the body of her Motion to Correct, Ms. Ogle makes a number of statements of possibly relevant fact which are not supported by sworn testimony, particularly the nature and extent of the car trouble and the conversation with Chief Judge Sargus' chambers.  The Motion to Correct the Record is DENIED without prejudice to its renewal not later than April 17, 2017, if supported by an affidavit of Petitioner stating in as much detail as she can recall (1) the nature and extent of the car trouble and (2) the content of the conversation with Chief Judge Sargus' chambers.  The Court is particularly interested in the following questions:  Did anyone else observe the car trouble?  Did the trouble occasion any mechanical repairs which can be

1

corroborated by someone else?  Was the call to Chief Judge Sargus' chambers made on a cellphone or on a landline?  What was the location and telephone number from which Petitioner placed the call?

April 5, 2017.

s/ *Michael R. Merz*<br>United States Magistrate Judge